No. 82–5614.   SOEHNLEN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 82–5615.   PERRINE *v.* MOSSINGHOFF, COMMISSIONER OF PATENTS AND TRADEMARKS.   C. A. D. C. Cir.   Certiorari denied.

No. 82–5625.   PURKEYPYLE *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–5627.   FLEISHMAN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5634.   DUARTE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5639.   ROSARIO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 82–5642.   JACKSON *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 82–5643.   HARPER *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5645.   DUDLEY *v.* LAYMAN ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5650.   SURRIDGE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 82–5661.   EMERY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 82–5665.   ALLEN, ADMINISTRATRIX OF THE ESTATE OF BROWN *v.* MCCUTCHEON ET AL.   C. A. 4th Cir.   Certiorari denied.